**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In the interest of R.A.J., C.A.J., and G.G.J.

Appellate case number:   01-18-00051-CV

Trial court case number:  D-1-FM-15-005030

Trial court:                  53rd District Court of Travis County

Counsel for appellant filed a motion to withdraw as counsel, claiming that good cause exists in the form of "an unforeseeable and absolute conflict of interest . . . the details of which can only be disclosed upon request from a proper authority with proper credentials." The motion contains no signature of appellant and the certificate of service does not show that the motion was served on appellant.

An appellate court may grant an attorney's motion to withdraw, but the motion must contain a list of current deadlines and settings, the party's name and last known address and telephone number, a statement that the motion was delivered to the party, and a statement that the party was advised of the right to object to the motion. *See* TEX. R. APP. P. 6.5(a). Counsel's motion contains a list of settings and deadlines, but it does not otherwise comply with Rule 6.5(a).

The motion to withdraw is **STRUCK**. Counsel may refile a motion to withdraw in compliance with Rule 6.5(a).

It is so ORDERED.


Judge's signature: /s/ Michael Massengale
                    ☑ Acting individually      ☐ Acting for the Court


Date: August 23, 2018